UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| GGNSC Stanford, LLC, et al., | ) |
| Plaintiffs, | ) Civil Action No. 5: 16-004-DCR |
| V. | ) |
| LISA GILLIAM, Administratrix of the Estate of Geneva Hammonds, | ) **JUDGMENT** |
| Defendant. | ) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with Rule 58 of the Federal Rules of Civil Procedure, and pursuant to the Memorandum Opinion and Order filed September 7, 2016 [Record No. 14], it is hereby

**ORDERED** as follows:

1. This matter is **DISMISSED** from the Court's docket, without prejudice.

2. The prior Order compelling arbitration [Record No. 14] is a **FINAL** and **APPEALABLE** Order and there is no just cause for delay.

Dated: December 3, 2018.

Signed By:
*Danny C. Reeves*
United States District Judge